IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
and STATE OF TENNESSEE,     )
ex rel. Brandy Bryant and   )
Carol Blackwood,            )
                            )
     Plaintiffs,            )
                            )    CIVIL ACTION NO.
     v.                     )      2:20cv911-MHT
                            )
COMFORT CARE HOSPICE,       )
L.L.C., et al.,             )
                            )
     Defendants.            )
```

ORDER

This case is before the court on the government's notice of election to decline intervention and motion to unseal (Doc. 34). Counsel for the relators has informed chambers staff that they do not oppose the motion to unseal. As the government has declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), it is ORDERED that the motion to unseal is granted as follows:

(1) The complaint (Doc. 1) is unsealed and shall be served upon the defendants by the relators.

(2) All other contents of the court's file in this action remain under seal and shall not be made public or served upon the defendants, except for this order and the government's notice of election to decline intervention and motion to unseal, which the relators will serve upon the defendants only after service of the complaint.

(3) The seal is lifted as to all future matters in this action.

(4) The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the government, as provided for in 31 U.S.C. § 3730(c)(3). The government may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.

(5) The parties shall serve all notices of appeal upon the government.

(6) All orders of this court shall be sent to the government.

3

(7) Should the relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the court will solicit the written consent of the government before ruling or granting its approval.

DONE, this the 25th day of October, 2024.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**