**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and STATE OF TENNESSEE, ex rel. Brandy Bryant and Carol Blackwood,** ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | **CIVIL ACTION NO. 2:20cv911-MHT (WO)** |
| **COMFORT CARE HOSPICE, L.L.C., et al.,** ) ) ) | |
| Defendants. ) | |

**ORDER**

As there have been no filings in this case since it was made public on October 25, 2024, *see* Order (Doc. 35), it is ORDERED that, by February 20, 2025, counsel for the relators shall file a status report on the litigation.

DONE, this the 6th day of February, 2025.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**